1  Sue A. Melnick (SBN: 235362)
   Consumer Legal Services America
2  7015 Santa Fe Canyon Place
   San Diego, CA  92129
3  T: (858) 603-7638
   F: (435) 603-7633
4  Attorney.clsa@gmail.com
   Attorneys for Plaintiff,
5  MARIANNE WENGRIN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE WENGRIN | Case No.: 1:10-CV-00861-LJO-SKO |
| Plaintiff, | |
| vs. | **STIPULATION RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER** |
| CTI COLLECTION SERVICES, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARIANNE WENGRIN and Defendant, CTI COLLECTIONS SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARIANNE WENGRIN, against Defendant, CTI COLLECTION SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

///

///

Stipulation Re: Dismissal with Prejudice of Entire Action and Proposed Order

1  DATED:  September 6, 2010                     CONSUMER LEGAL SERVICES AMERICA

2

3                                                By:/s/ Sue Anne Melnick
                                                    Sue Anne Melnick
4                                                   Attorney for Plaintiff,
                                                    MARIANNE WENGRIN
5

6
   DATED: September 6, 2010                      GORDON & REES LLP
7

8

9
                                                 By:/s/ Yaara L. Elisha
10                                                  Craig J. Mariam
                                                    Yaara L. Elisha
11                                                  Attorneys for Defendant
                                                    CTI COLLECTION SERVICES, INC.
12

13  IT IS SO ORDERED:

14  September 7, 2010

15                                                  __/s/ Lawrence J. O'Neill_____
                                                    U.S. District Court Judge
16

17

18

19

20

21

22

23

24

25

Stipulation Re: Dismissal with Prejudice of Entire Action and Proposed Order